UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Argelianka Garcia

                    Defendant(s).
------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-CR-    ( )( )

Defendant __Argelianka Garcia__ hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or _X_ teleconferencing:

_X_   Initial Appearance Before a Judicial Officer

___   Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___   Bail/Detention Hearing

___   Conference Before a Judicial Officer

_____Tamara Giwa for Argelianka Garcia
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

**Argelianka Garcia**
Print Defendant's Name

_____
Defendant's Counsel's Signature

**Tamara Giwa**
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

**July 23, 2020**
Date

_____
U.S. District Judge/U.S. Magistrate Judge